United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UNITED SPECIALTY INSURANCE COMPANY SKI PASS INSURANCE LITIGATION | Case No.: 4:20-md-02975-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 25 |

On January 22, 2021, defendant United Specialty Insurance Company filed a Motion to Dismiss the Consolidated Class Action Complaint. (Dkt. No. 25.) Having carefully considered the briefing and arguments submitted on the motion, and for the reasons stated on the record at the March 30, 2021 hearing, the Court **GRANTS** defendant's Motion to Dismiss **WITH LEAVE TO AMEND**.

As discussed at the hearing, plaintiffs shall file an amended complaint no later than **April 12, 2021**. Defendant shall file its anticipated motion to dismiss no later than **May 3, 2021**. Plaintiffs shall file their opposition no later than **May 24, 2021**. Defendant shall file its reply no later than **June 7, 2021**. Defendant may set a hearing on the motion for **Tuesday, June 29, 2021**.

This Order terminates Docket Number 25.

**IT IS SO ORDERED.**

Dated: March 30, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**